**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of July, two thousand twenty-six,

---

Claudia Borecky, Mariateresa Thiery,

Plaintiffs - Appellees,

v.

County of Nassau, Bruce Blakeman, in his official capacity as County Executive of the County of Nassau, Patrick J. Ryder, in his official capacity as Commissioner of the Nassau County Police Department,

Defendants - Appellants.

---

**ORDER**
Docket No. 26-1782

Counsel for Appellant Bruce Blakeman, Bruce Blakeman, County of Nassau, County of Nassau, Patrick J. Ryder, Patrick J. Ryder has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting October 14, 2026 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before October 14, 2026. The appeal is dismissed effective October 14, 2026 if the brief is not filed by that date. A motion to extend the time to file the brief or to seek other relief will not toll the filing date. See Local Rule 27.1(f)(1); cf. RLI Insurance Co. v. JDJ Marine, Inc., 716 F.3d 41, 43-45 (2d Cir. 2013).

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS

Catherine O'Hagan Wolfe